**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Lisa Van PATTEN, Defendant–**
**Appellant.**

**No. 07–50241.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 24, 2007 *.

Filed Oct. 2, 2007.

Carlos Arguello, Esq., USSD—Office of the U.S. Attorney, U.S. Attorney's Office Southern District of California, San Diego, CA, for Plaintiff–Appellee.

Gary P. Burcham, Esq., San Diego, CA, for Defendant–Appellant.

Before: CANBY, TASHIMA and RAWLINSON, Circuit Judges.

## MEMORANDUM **

Lisa Van Patten appeals from the sentence imposed following revocation of supervised release. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for plain error, *United States v. Ortiz*, 362 F.3d 1274, 1278 (9th Cir.2004), and we affirm.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Appellant contends that 18 U.S.C. § 3624(e) prohibits the district court from imposing a consecutive sentence of imprisonment where a defendant violates concurrent terms of supervised release. This contention is foreclosed by *United States v. Jackson,* 176 F.3d 1175, 1177–78 (9th Cir.1999) (per curiam).

**AFFIRMED.**